737 A.2d 1137

IN THE MATTER OF ARTHUR G. WILLIAMSON,
AN ATTORNEY AT LAW.

October 8, 1999.

## ORDER

The Disciplinary Review Board having filed with the Court a report recommending that **ARTHUR G. WILLIAMSON** of **WEST NEW YORK,** who was admitted to the bar of this State in 1974, and who thereafter was temporarily suspended from the practice of law by Order of this Court dated August 7, 1996, and who remains suspended at this time, be disbarred for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.15 (knowing misappropriation of entrusted funds), *RPC* 3.3 (lack of candor toward a tribunal), *RPC* 4.1 (lack of truthfulness to others), *RPC* 5.5 (unauthorized practice of law, practicing while suspend-

ed), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit and misrepresentation);

And **ARTHUR G. WILLIAMSON** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **ARTHUR G. WILLIAMSON** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **ARTHUR G. WILLIAMSON** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.